JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail:   klo-jmk@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS EFRAIN LOPEZ,

      Plaintiff,

vs.

EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services,

      Defendants.

Case No.

COMPLAINT FOR DECLARATORY JUDGMENT AN D INJUNCTION

Plaintiff alleges:

1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C. §§ 701 - 706.

2. Defendant EMILIO T. GONZALEZ is the Director of the United States Citizenship and Immigration Services, (USCIS), an agency of the United States as defined by 5 U.S.C. §701(b)(1), charged with the duty to administer and enforce the Immigration and Nationality Act, including the adjudication of an application for an employment authorization document pursuant to 8 C.F.R. §274a.12(a)(5).

3. Plaintiff is a citizen and national of Guatemala who was granted asylum in the United States on September 28, 1998 in accordance with 8 U.S.C. §1158(b)(3)(A), pursuant to an asylee relative petition filed on plaintiff's behalf by his mother, Dora A. Lopez. *See*, attached Exhibit A.

1

4. Pursuant to 8 C.F.R. §274a.12(a)(5), an alien granted asylum pursuant to 8 U.S.C. §1158(b)(3)(A) is entitled to employment authorization incident to his status as evidenced by an employment authorization document.

5. On June 28, 2006 defendant issued plaintiff an employment authorization document pursuant to 8 C.F.R. §274a.12(a)(5). *See*, attached Exhibit B.

6. On March 12, 2007 plaintiff applied for a renewal of his employment authorization document. *See*, attached Exhibit C.

7. On May 17, 2007 defendant served plaintiff with written notice that to obtain an employment authorization document he must have made a lawful entry into the United States as an asylee and been issued a Form I-94. Defendant's notice informed plaintiff that unless he submitted evidence of a lawful entry to the United States his application would be denied. *See*, attached Exhibit D.

8. Defendant's finding that plaintiff is not eligible for an employment authorization document because plaintiff entered the United States unlawfully is arbitrarily, capricious and not in accordance 8 C.F.R. §274a.12(a)(5).

9. There is no administrative appeal from the defendant's decision.

10. There is a real and actual controversy between the parties. Plaintiff has no adequate remedy at law. Plaintiff has suffered and will continue to suffer irreparable injury as a result of the acts of the defendant complained herein for without immediate injunctive relief, plaintiff will be forced to choose between destitution or abandonment of asylum status in the United States.

WHEREFORE, plaintiff prays judgment.

1. Declaring that plaintiff is an asylee entitled to an employment authorization document incident to his immigration status in the United States.

2. Enjoining defendant to correct all U.S. Citizenship and Immigration Sevices records to show that plaintiff is an asylee entitled to an employment authorization document incident to his immigration status in the United States.

1      3.  Preliminarily and permanently enjoining defendant, his agents, and delegates from any further delay in the issuance to plaintiff of an employment authorization document under 8 C.F.R. 274a.12(a)(5);

    4.  Awarding plaintiff his costs and reasonable attorneys fees incurred in this action;

    5.  Granting such other and further relief as may be appropriate.

Dated: June 22, 2007

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

# EXHIBIT A

Immigration and Naturalization Service                     Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-98-131-51419 | | CASE TYPE I730<br>REFUGEE ASYLEE RELATIVE PETITION |
|---|---|---|
| RECEIPT DATE<br>April 8, 1998 | PRIORITY DATE | PETITIONER  A72 122 845<br>LOPEZ, DORA A. |
| NOTICE DATE<br>September 28, 1998 | PAGE<br>1 of 1 | BENEFICIARY  A77 372 282<br>LOPEZ, CARLOS EFRAIN |
| JONATHAN M. KAUFMAN<br>220 MONTGOMERY ST STE 976<br>SAN FRANCISCO CA 94104 | | **Notice Type:**  Approval Notice<br>Class: ASY |

Your "Refugee/Asylee Relative Petition" has been approved for the family member(s) listed on this notice, in accordance with Section 208 of the Immigration and Nationality Act, and forwarded to the Department of State. A separate notice will be sent for any person listed on your Form I-730 but not listed on this notice. This completes all INS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides. The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-437-5218



# EXHIBIT B

**U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services**

## EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME  LOPEZ, CARLOS E

A# 077-372-282
CARD# LIN0614450208
Birthdate  Category  Sex
03/         M

fingerprint not available

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 06/28/06   EXPIRES 06/27/07

# EXHIBIT C

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I765 |
|---|---|---|
| LIN-07-115-54790 | | APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| RECEIVED DATE | PRIORITY DATE | APPLICANT A077 372 292 |
| March 12, 2007 | | LOPEZ, CARLOS E. |
| NOTICE DATE | PAGE | |
| March 13, 2007 | 1 of 1 | |

JONATHAN M. KAUFMAN
LAW OFFICES OF JONATHAN M KAUFMAN
220 MONTGOMERY STREET SUITE 976
SAN FRANCISCO CA 94104

Notice Type: Receipt Notice

Amount received: $ 180.00

Class requested: A05

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at www.uscis.gov. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application** - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state-issued photo identification card.

Also, remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797C (Rev. 01/31/05) N

# EXHIBIT D

U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



U.S. Citizenship
and Immigration
Services

May 17, 2007

Refer to File Number: LIN0711554790

CARLOS LOPEZ
C/O JONATHAN M KAUFMAN
LAW OFFICES OF JONATHAN M KAUFMAN
220 MONTGOMERY STREET SUITE 976
SAN FRANCISCO CA 94104

Dear Sir or Madam:
RE:  Form: I765
     Beneficiary:   LOPEZ, CARLOS

### REQUEST FOR EVIDENCE

The documentation submitted is not sufficient to warrant favorable consideration of your petition/application.

## See Attachment for Details

## Your response must be received in this office by August 09, 2007.

Your case is being held in this office pending your response. Within this period you may:
1. Submit all of the evidence requested;
2. Submit some or none of the evidence requested and ask for a decision based upon the record; or
3. Withdraw the application or petition. (It is noted that if you request that the application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record. No extension of the period allowed to submit evidence will be granted. If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request within the time allowed, your case will be considered abandoned and denied. Evidence received in this office after the due date may not be considered.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL. PLEASE USE THE ENCLOSED ENVELOPE TO MAIL ADDITIONAL EVIDENCE REQUEST BACK TO THIS OFFICE.**

Sincerely,

F. Gerard Heinauer
Director
NSC/ANH WH009

Nebraska Service Center                                                     www.uscis.gov

Receipt Number: LIN0711554790

## Attachment

You have submitted a copy of a Form I-797, Notice of Action, indicating that you are the beneficiary of an approved Form I-730, Refugee/Asylee Relative Petition that was forwarded to a US Embassy/Consulate for visa processing. Approval of this petition shows that you have been found eligible for the requested classification, however, it does not indicate that you have made a legal entry into the United States.

To be able to obtain an Employment Authorization Document (EAD), you must have made a lawful entry into the United States as an asylee or refugee, and have been issued a Form I-94, Arrival and Departure Record. Submit a photocopy of the front and back of your Form I-94 Arrival and Departure Record which clearly shows the imprinted data. If you do not have a Form I-94, you may also submit a copy of your Transportation Letter that shows that you were admitted as a asylee or refugee. If you cannot obtain a clear black and white photocopy, you should submit a color photocopy of your original document.