1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     klo-jmk@pacbell.net

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS EFRAIN LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EMILIO T. GONZALEZ,<br>Director, United States Citizenship and Immigration Services,<br><br>　　　　　Defendant.<br>_____/ | Case No. C 07-3300 SI<br><br>CERTIFICATE OF SERVICE |

　　　I, JONATHAN M. KAUFMAN, do hereby declare:

　　　That on June 27, 2007 Plaintiff's Notice of Motion and Motion for Preliminary Injunction and Supporting Memorandum of Points and Authorities, and Order Granting Motion for Preliminary Injunction [proposed] were served on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on June 27, 2007 at San Francisco, California.

                                                               JONATHAN M. KAUFMAN