JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile:  (415) 956-1664
E-Mail:    klo-jmk@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS EFRAIN LOPEZ, | Case No. C 07-3300 SI |
| Plaintiff, | ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION [PROPOSED] |
| vs. | |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

Defendant is hereby ordered to issue plaintiff an employment authorization document in accordance with 8 C.F.R. 274a.12(a)(5).

IT IS SO ORDERED.

Dated:

_____
SUSAN ILLSTON
United States District Judge

1