IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS EFRAIN LOPEZ, | No. C 07-03300SI |
| Plaintiff, | **NOTICE** |
| v. | |
| EMILIO T. GONZALEZ, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion for preliminary injunction has been continued to Friday, September 7, 2007, at 9:00 a.m.

Dated: June 29, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk