1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile: (415) 956-1664
4  E-Mail:    klo-jmk@pacbell.net

5  Attorney for Plaintiffs

6                 UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   CARLOS EFRAIN LOPEZ and              Case No. C 07-3300 SI
9  NESTER GERARDO AYALA,
                                        FIRST AMENDED COMPLAINT FOR
10           Plaintiffs,                DECLARATORY JUDGMENT AND
                                        INJUNCTION
11      vs.

12 EMILIO T. GONZALEZ, Director, United
   States Citizenship and Immigration Services,
13
             Defendants.
14
   _____/
15

16      Plaintiff alleges:

17      1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C.

18 §§ 701 - 706.

19      2. Defendant EMILIO T. GONZALEZ is the Director of the United States Citizenship and

20 Immigration Services, (USCIS), an agency of the United States as defined by 5 U.S.C. §701(b)(1),

21 charged with the duty to administer and enforce the Immigration and Nationality Act, including the

22 adjudication of an application for an employment authorization document pursuant to 8 C.F.R.

23 §274a.12(a)(5).

24      3. Plaintiff CARLOS EFRAIN LOPEZ is a citizen and national of Guatemala who entered

25 the United States illegally without inspection by an immigration officer. Plaintiff was granted

26 asylum in the United States on September 28, 1998 in accordance with 8 U.S.C. §1158(b)(3)(A),

27

28                                      1

1 | pursuant to an asylee relative petition filed on plaintiff's behalf by his mother, Dora A. Lopez. *See,*
2 | attached Exhibit A.

3 |     4. Plaintiff NESTOR GERARDO AYALA is a citizen of El Salvador who entered the United
4 | States illegally without inspection by an immigration officer. Plaintiff was granted asylum in the
5 | United States on June 21, 2000 in accordance with 8 U.S.C. §1158(b)(3)(A), pursuant to an asylee
6 | relative petition filed on plaintiff's behalf by his father, Jose Pascual Ayala Carballo. *See,* attached
7 | Exhibit B.

8 |     5. Pursuant to 8 C.F.R. §274a.12(a)(5), an alien granted asylum pursuant to 8 U.S.C.
9 | §1158(b)(3)(A) is entitled to employment authorization incident to his status as evidenced by an
10 | employment authorization document.

11 |     6. On June 28, 2006 defendant issued plaintiff CARLOS EFRAIN LOPEZ an employment
12 | authorization document pursuant to 8 C.F.R. §274a.12(a)(5). *See,* attached Exhibit C.

13 |     7. On August 2, 2002 defendant issued plaintiff NESTOR GERARDO AYALA an
14 | employment authorization document pursuant to 8 C.F.R. §274a.12(a)(5). *See,* attached Exhibit D.

15 |     8. On March 12, 2007 plaintiff CARLOS EFRAIN LOPEZ applied for a renewal of his
16 | employment authorization document. *See,* attached Exhibit E.

17 |     9. On May 17, 2007 defendant served plaintiff CARLOS EFRAIN LOPEZ with written
18 | notice that to obtain an employment authorization document he must have made a lawful entry into
19 | the United States as an asylee and been issued a Form I-94. Defendant's notice informed plaintiff
20 | that unless he submitted evidence of a lawful entry to the United States his application would be
21 | denied. *See,* attached Exhibit F.

22 |     10. On February 2, 2007 plaintiff NESTOR GERARDO AYALA applied for a renewal of
23 | his employment authorization document. *See,* attached Exhibit G.

24 |     11. On March 30, 2007 defendant served plaintiff NESTOR GERARDO AYALA with
25 | written notice that to obtain an employment authorization document he must have made a lawful
26 | entry into the United States, and that to be issued an employment authorization document he needed
27 |
28 |     2

to submit a copy of a Form I-94 issued to him upon his arrival in the United States, or pages from a passport establishing his admission into the United States. *See*, attached Exhibit H.

12. As plaintiffs have not legally entered  the United States, they are unable to submit evidence of a lawful entry and admission to the United States.

13. Defendant's requirement that plaintiffs submit evidence of a lawful entry and admission to the United States to obtain  employment  authorization documents is arbitrarily, capricious and not in accordance 8 C.F.R. §274a.12(a)(5).

14. There is no administrative appeal from the defendant's decision.

15. There is a real and actual controversy between the parties.  Plaintiffs have no adequate remedy at law.  Plaintiffs have suffered and will continue to suffer irreparable injury as a result of the acts of the defendant complained herein for without immediate injunctive relief, plaintiffs will be forced to choose between destitution or abandonment of asylum status in the United States.

WHEREFORE, plaintiffs pray judgment.

1.  Declaring that plaintiffs are asylees entitled to employment authorization documents incident to their immigration status in the United States.

2. Enjoining defendant to correct all U.S. Citizenship and Immigration Sevices records to show that plaintiffs are asylees entitled to employment authorization documents incident to their immigration status in the United States.

3.  Preliminarily and permanently enjoining defendant, his agents, and delegates from any further delay in the issuance of  employment authorization documents to plaintiffs pursuant to 8 C.F.R. 274a.12(a)(5);

3

4.  Awarding plaintiffs their costs and reasonable attorneys fees incurred in this action;

5.  Granting such other and further relief as may be appropriate.

Dated: July 5, 2007

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiffs

4

# EXHIBIT A

Immigration and Naturalization Service     Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I-730 |
| LIN-98-131-51419 | REFUGEE ASYLEE RELATIVE PETITION |

| RECEIPT DATE | PRIORITY DATE | PETITIONER A72 122 845 |
| April 8, 1998 | | LOPEZ, DORA A. |

| NOTICE DATE | PAGE | BENEFICIARY A77 372 282 |
| September 28, 1998 | 1 of 1 | LOPEZ, CARLOS EFRAIN |

JONATHAN M. KAUFMAN
220 MONTGOMERY ST STE 976
SAN FRANCISCO CA 94104

Notice Type:  Approval Notice
Class: ASY

Your "Refugee/Asylee Relative Petition" has been approved for the family member(s) listed on this notice, in accordance with Section 208 of the Immigration and Nationality Act, and forwarded to the Department of State. A separate notice will be sent for any person listed on your Form I-730 but not listed on this notice. This completes all INS action on this petition.

The Department of State will notify the U.S. Embassy or Consulate abroad having jurisdiction over the area where your relative(s) resides. The consular post will contact your relative(s) regarding procedures to be followed for travel to the United States.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-437-5218



# EXHIBIT B

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>LIN-99-125-53195 | CASE TYPE I730<br>REFUGEE ASYLEE RELATIVE PETITION |
| RECEIPT DATE<br>March 29, 1999 | PRIORITY DATE | PETITIONER A28 764 910<br>AYALA CARBALLO, JOSE PASCUAL |
| NOTICE DATE<br>June 21, 2000 | PAGE<br>1 of 1 | BENEFICIARY A77 850 499<br>AYALA, NESTOR GERARDO |

JONATHAN M. KAUFMAN
KAUFMAN LAW OFFICE
220 MONTGOMERY ST STE 976
SAN FRANCISCO CA 94104

Notice Type:  Approval Notice
Class: REF

Your Refugee/Asylee Relative Petition for the family member(s) listed on this notice has been approved in accordance
with Section 208 of the Immigration and Nationality Act. The family member(s) now has asylee status under Section 208
of the above Act. The validity of the status for your family member(s) is dependent on the validity of your status.
For information regarding eligibility for status as a lawful permanent resident, please contact your local Service
office. A separate notice will be sent for any person listed on your Form I-730 but not listed on this notice.

The family member(s) is authorized to work in the United States incident to status. In order to demonstrate employment
authorization, he or she must apply on Form I-765, under Article 8, code of Federal Regulations, Part 274a.12(a)(5). You
may obtain an arrival record, Form I-94, at the local INS office. Please include a copy of this notice with your
application for employment authorization or request for Form I-94.

If the family member(s) needs to travel outside the U.S., he or she must file an application for a travel document on Form
I-131.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



# EXHIBIT C



U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Citizenship and Immigration Services

The person identified is authorized to work in the U.S. for the validity of this card.

NAME  LOPEZ, CARLOS E

A# 077-372-282

CARD # IMO914450208

VALID Sex  M

fingerprint not available

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 09/28/06  EXPIRES 06/27/07

# EXHIBIT D



U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

**EMPLOYMENT AUTHORIZATION CARD**

The person identified is authorized to work in the U.S. for the validity of this card.

NAME   AYALA, NESTOR G

*Nestor Gerardo Ayala*

INS A# 077-850-499

CARD # LIN0222552837

Sex M

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 08/20/02   EXPIRES 08/19/03

# EXHIBIT E

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | FORM I-797 |
|---|---|---|
| LIN-07-115-54790 | | APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| RECEIVED DATE | PRIORITY DATE | APPLICANT A077 372 263 |
| March 12, 2007 | | LOPEZ, CARLOS E. |
| NOTICE DATE | PAGE | |
| March 13, 2007 | 1 OF 1 | |

JONATHAN M. KAUFMAN
LAW OFFICES OF JONATHAN M KAUFMAN
220 MONTGOMERY STREET SUITE 976
SAN FRANCISCO CA 94104

Notice Type: Receipt Notice

Amount received: $ 180.00

Class requested: A05

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at www.uscis.gov. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics and/or photos taken. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT.
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or, if you become a U.S. citizen.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

Form I-797C (Rev. 01/31/05) N

# EXHIBIT F

U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

May 17, 2007

Refer to File Number: LIN0711554790

CARLOS LOPEZ
C/O JONATHAN M KAUFMAN
LAW OFFICES OF JONATHAN M KAUFMAN
220 MONTGOMERY STREET SUITE 976
SAN FRANCISCO CA 94104

Dear Sir or Madam:

RE:  Form: I765

    Beneficiary:    LOPEZ, CARLOS

## REQUEST FOR EVIDENCE

The documentation submitted is not sufficient to warrant favorable consideration of your petition/application.

## See Attachment for Details

## Your response must be received in this office by August 09, 2007.

Your case is being held in this office pending your response. Within this period you may:

1. Submit all of the evidence requested;
2. Submit some or none of the evidence requested and ask for a decision based upon the record; or
3. Withdraw the application or petition. (It is noted that if you request that the application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record. No extension of the period allowed to submit evidence will be granted. If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request within the time allowed, your case will be considered abandoned and denied. Evidence received in this office after the due date may not be considered.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL. PLEASE USE THE ENCLOSED ENVELOPE TO MAIL ADDITIONAL EVIDENCE REQUEST BACK TO THIS OFFICE.**

Sincerely,

*F. Gerard Heinauer*

F. Gerard Heinauer
Director
NSC/ANH WH009

Receipt Number: LIN0711554790

# Attachment

You have submitted a copy of a Form I-797, Notice of Action, indicating that you are the beneficiary of an approved Form I-730, Refugee/Asylee Relative Petition that was forwarded to a US Embassy/Consulate for visa processing. Approval of this petition shows that you have been found eligible for the requested classification, however, it does not indicate that you have made a legal entry into the United States.

To be able to obtain an Employment Authorization Document (EAD), you must have made a lawful entry into the United States as an asylee or refugee, and have been issued a Form I-94, Arrival and Departure Record. Submit a photocopy of the front and back of your Form I-94 Arrival and Departure Record which clearly shows the imprinted data. If you do not have a Form I-94, you may also submit a copy of your Transportation Letter that shows that you were admitted as a asylee or refugee. If you cannot obtain a clear black and white photocopy, you should submit a color photocopy of your original document.

# EXHIBIT G

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-07-089-51530 | | CASE TYPE  I765<br>APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| RECEIVED DATE<br>February 2, 2007 | PRIORITY DATE | APPLICANT  A077 850 499<br>AYALA, NESTOR G. |
| NOTICE DATE<br>February 2, 2007 | PAGE<br>1 of 1 | |

| | |
|---|---|
| JONATHAN M. KAUFMAN<br>LAW OFFICES OF JONATHAN M KAUFMAN<br>220 MONTGOMERY STREET SUITE 976<br>SAN FRANCISCO CA 94104 | **Notice Type:**  Receipt Notice<br><br>Amount received: $  180.00<br><br>Class requested: A05 |

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at **www.uscis.gov**. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate current resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application** - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

**This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.**

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



# EXHIBIT H

U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

March 30, 2007

Refer to File Number: LIN0708951530

NESTOR AYALA
C/O JONATHAN M KAUFMAN
LAW OFFICES OF JONATHAN M KAUFMAN
220 MONTGOMERY STREET SUITE 976
SAN FRANCISCO CA 94104

Dear Sir or Madam:

RE: Form: I765

    Beneficiary:   AYALA, NESTOR

## REQUEST FOR EVIDENCE

The documentation submitted is not sufficient to warrant favorable consideration of your
petition/application.

## See Attachment for Details

### Your response must be received in this office by June 22, 2007.

Your case is being held in this office pending your response.  Within this period you may:

1. Submit all of the evidence requested;
2. Submit some or none of the evidence requested and ask for a decision based upon the record; or
3. Withdraw the application or petition.  (It is noted that if you request that the application or
   petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time.  Submission of only part of the evidence requested
will be considered a request for a decision based upon the record.  No extension of the period allowed
to submit evidence will be granted.  If the evidence submitted does not establish that your case was
approvable at the time it was filed, it can be denied.

If you do not respond to this request within the time allowed, your case will be considered abandoned
and denied.  Evidence received in this office after the due date may not be considered.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE.  SUBMISSION OF EVIDENCE
WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY
RESULT IN A DENIAL.  PLEASE USE THE ENCLOSED ENVELOPE TO MAIL
ADDITIONAL EVIDENCE REQUEST BACK TO THIS OFFICE.**

Sincerely,

F. Gerard Heinauer
Director
NSC/ANH WH009

Nebraska Service Center

www.uscis.gov

Receipt Number: LIN0708951530

# Attachment

Please make sure your I-94 is stamped asylum status granted. If you do not have an I-94 stamped asylum status granted, please take this letter along with your asylum status documents to your local BCIS office and ask for assistance in obtaining an I-94. Employment Authorization is no longer granted without and I-94 stamped asylum status granted.

Submit a photocopy of your Form I-94, Nonimmigrant Arrival/Departure Record, issued to you upon your arrival into the United States. If applicable, you must also include a photocopy of any tear-off Form I-94s issued by the Service to you showing any changes of status or extensions of stay granted since entry into the United States. Make sure to copy both the front and back sides of the Form I-94.

If your Form I-94 is not available, submit a copy of the page(s) from your passport establishing your admission into the United States.

The photographs you have furnished appear to be the same ones used in a previously issued Employment Authorization Document (EAD). Photographs submitted for use in an EAD must not have been taken more than 30 days prior to the submission of your application.

**New Passport-style Photo Requirement**

USCIS must comply with new international agreement standards for employment authorization document photos to comply with U.S. Department of State passport photo guidelines. Form I-765 must be accompanied by two passport-style natural color photos; therefore, please submit two color photos of yourself, taken within the last 30 days, and not previously used.

Digital photos or photos that are laser printed will be accepted; however, there must be no discernible pixels or dot patterns. Using a soft pencil or felt pen, print your name (and alien registration number, if known) on the back of each photograph. We suggest that you show these instructions to the photographer who takes the pictures.

For specific information on acceptable passport photos, please visit the Department of State's website at http://travel.state.gov/passport/pptphotos/.