1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     klo-jmk@pacbell.net

5  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS EFRAIN LOPEZ, et al., | Case No. C 07-3300 SI |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

I, JONATHAN M. KAUFMAN, do hereby declare:

That on July 11, 2007 Plaintiff Nestor Gerardo Ayala's Notice of Motion and Motion for Preliminary Injunction and Supporting Memorandum of Points and Authorities, was served on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to Edward Olsen, Assistant United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1 | I declare under penalty of perjury that the foregoing is true and correct and that this was
2 | executed on July 11, 2007 at San Francisco, California.

                                                        JONATHAN M. KAUFMAN