SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS EFRAIN LOPEZ; and NESTER GERARDO AYALA,<br><br>    Plaintiffs,<br><br>v.<br><br>EMILIO T. GONZALEZ,<br>Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | No. C 07-3300 SI<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services granted Plaintiff Lopez's application for employment authorization on July 23, 2007, and agree, barring unforeseen events, to reopen and grant Plaintiff Ayala's application for adjustment of status promptly after Plaintiff Ayala provides Defendant with a complete response to Defendant's request for evidence.

    The parties further ask the Court to vacate the September 7, 2007 hearing on Plaintiffs' motion for preliminary injunction.

Stip to Dismiss
C07-3300 SI                        1

1 | Each of the parties shall bear their own costs and fees.

3 | Date: July 27, 2007               Respectfully submitted,

4 |                                   SCOTT N. SCHOOLS
                                      United States Attorney

7 |                                   _____/s/_____
                                      ILA C. DEISS
                                      Assistant United States Attorney
8 |                                   Attorneys for Defendants

11 | Date: July 27, 2007              _____/s/_____
12 |                                  JONATHAN M. KAUFMAN
                                      Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____
                                      SUSAN ILLSTON
                                      United States District Judge

Stip to Dismiss
C07-3300 SI                           2