1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 CARLOS EFRAIN LOPEZ; and NESTER    )
   GERARDO AYALA,                     ) No. C 07-3300 SI
13                                    )
                Plaintiffs,            )
14                                    ) **STIPULATION TO DISMISS AND**
        v.                             ) **[PROPOSED] ORDER**
15                                    )
   EMILIO T. GONZALEZ,                 )
16 Director, United States Citizenship and )
   Immigration Services,               )
17                                    )
                Defendant.              )
18 _____ )

19     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

20 attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

21 entitled action without prejudice in light of the fact that the United States Citizenship and

22 Immigration Services granted Plaintiff Lopez's application for employment authorization on July

23 23, 2007, and agree, barring unforeseen events, to reopen and grant Plaintiff Ayala's application

24 for adjustment of status promptly after Plaintiff Ayala provides Defendant with a complete

25 response to Defendant's request for evidence.

26     The parties further ask the Court to vacate the September 7, 2007 hearing on Plaintiffs' motion

27 for preliminary injunction.

28
   Stip to Dismiss
   C07-3300 SI                                 1

1 | Each of the parties shall bear their own costs and fees.

3 | Date: July 27, 2007                                Respectfully submitted,

4 |                                                                 SCOTT N. SCHOOLS
   |                                                                 United States Attorney

7 |                                                                 _____/s/_____
   |                                                                 ILA C. DEISS
   |                                                                 Assistant United States Attorney
8 |                                                                 Attorneys for Defendants

11 | Date: July 27, 2007                                _____/s/_____
12 |                                                                 JONATHAN M. KAUFMAN
    |                                                                 Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 7/31/07

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip to Dismiss
C07-3300 SI                                             2